FILED ___ ENTERED ___
LOGGED ___ RECEIVED

MAR 08 2019

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

To the Honorable Judge, 2/22/19

My name is Robert Wesley Chesser and my case number is JKB-1-16-CR-00337-00. I was sentenced to 60 months in a federal prison for conspiracy to commit mail fraud. I left behind 2 disabled children and a wife who has PTSD, due to the fact her son was dismembered from a train a few years ago. Since I've been away, my 2 disabled children are really doing bad now, and not doing good in school either. This has taken a toll on my 73 year old mother in law because she has to drive my wife & children to doctors appointments, to school, to the stores and everywhere else.

I am requesting that you have some mercy on me and reconsider my sentence and put me on house confinement so I can do my sentence and take care of my children. I can supply

you paperwork from my KIDS doctors and from their school if you need it. I am a good honest father, Husband, friend, and person who was at the wrong company. Please have mercy on me and reconder home confinment. Thank you

Robert Chesser
Robert chesser

Robert Chesser
Register # 62149-037
Housing # 5741
Federal Correctional Institution
PO Box 2000
Fort Dix NJ 08640

Honorable Judge Bredar
United States District Court
101 West Lombard Street
Baltimore MD 21201