U.S. Probation and Pretrial Services
# MEMORANDUM

**DATE:** August 1, 2022

**TO:** The Honorable James K. Bredar
Chief U.S. District Judge

**FROM:** Alicia LaRue
U.S. Probation Officer

**SUBJECT:** Chesser, Robert
Docket No.: 0416 1:16CR00337-001
Supervision Expiration Date: June 16, 2023

**SUBJ:** **REQUEST FOR EARLY TERMINATION**

The purpose of this memorandum is to respectfully request Your Honor consider granting Robert Chesser an early termination from supervision. Pursuant to 18 U.S.C. § 3564(c), courts are permitted to terminate probation in misdemeanor cases at any time or probation in felony cases after one year, if such action is warranted.

On August 30, 2018, Mr. Chesser appeared before Your Honor for sentencing on the charge of Conspiracy to Commit Mail Fraud. Mr. Chesser was sentenced to 60 Months imprisonment; 36 Months Supervised Release. On June 4, 2020, the sentence was modified to Time Served Plus 14 days; 36 Months Supervised Release. The term of supervision included the following additional conditions:

1. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

2. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

3. You must not incur new credit charges or open additional lines of credit without the approval of the probation officer.

4. Use only when the condition imposes a financial obligation or restriction that cannot be described by one of the other Financial Obligation conditions.

5. Pay outstanding monetary restitution imposed by the court. Include whenever the payment of restitution in the form of money is ordered in the Criminal Monetary Penalties section of the judgment.

    6.    You must submit to substance abuse testing to determine if you have used a prohibited substance.

Mr. Chesser began his term of supervision on June 17, 2020. During the supervision period, Mr. Chesser underwent vigorous cancer treatments and has been unable to work. The Court was previously made aware of the medical concerns and Mr. Chesser's restitution obligation was held in abeyance. Mr. Chesser has paid $8,760.86 toward his restitution. Mr. Chesser has complied with all standard and special conditions and all random drug tests have been negative. Mr. Chesser has maintained a stable residence throughout the supervision period. Our last personal contact with Mr. Chesser was on July 29, 2022.

A criminal record check was completed on August 1, 2022. The record check, as well as collateral and personal contacts indicates that Mr. Chesser has not sustained any arrests or noteworthy violations warranting Court notification in the past 12 months and presents no identified risk of harm to the public. He engages in appropriate prosocial activities and receives sufficient prosocial support to remain lawful well beyond the period of supervision.

Pursuant to Rule 32.1(c) of the Federal Rules of Criminal Procedure, on July 19, 2022, the Office of the U.S. Attorney was advised of our plan to request an early termination of supervision. On July 26, 2022, AUSA Sean Delaney expressed no objection to this request.

On July 19, 2022, the defense attorney for the person under supervision was advised of our plan to request an early termination of supervision. On July 26, 2022, AFPD Courtney Francik expressed no objection to this request.

I respectfully recommend Your Honor grant this request for early termination of supervision and order the outstanding restitution to be collected by the Financial Litigation Unit. If you have any questions, please contact me at 410-962-4965.

Attachments



---

Alicia LaRue
U.S. Probation Officer

Case 1:16-cr-00337-JKB   Document 81   Filed 08/03/22   Page 3 of 4

Re: Chesser, Robert
Page: 3
August 1, 2022

_____✓_____ Approve early termination (Please sign the attached order)

_____ Schedule an early termination hearing

_____ Disapprove early termination

_____*James K. Bredar*_____                    _____Aug. 3, 2022_____
The Honorable James K. Bredar                           Date
Chief U.S. District Judge

Prob Form 35
(MDP 7/19)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### District of Maryland

UNITED STATES OF AMERICA

vs.                                                    Crim. No.: 0416 1:16CR00337-001

Robert Chesser

On August 30, 2018, the defendant was placed on supervised release for a period of 36 months. On June 17, 2020, Mr. Chesser's supervised release commenced. He has complied with the rules and regulations. Accordingly, it is recommended that he be discharged from supervision and all outstanding restitution be referred to the Financial Litigation Unit for continued collection.

Respectfully submitted,

_____
Alicia LaRue
U.S. Probation Officer

_____
Marius Davis
Supervisory U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Signed this ___3___ day of ___August___, 20_22_.

_____
The Honorable James K. Bredar
Chief U.S. District Judge